UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY WELLER,<br><br>    Petitioner,<br><br> v.<br><br>RONALD HAYNES,<br><br>    Respondent. | Case No. 3:20-cv-05861-RAJ-TLF<br><br>ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE |

These are consolidated federal habeas actions filed under 28 U.S.C. § 2254. The Court has previously consolidated this matter with *Weller v. Wofford*, No. 20-5862, and ordered the Petitioners to file amended petitions (if they choose to do so) by February 5, 2021. Dkt. 15. Both Petitioners seek an extension of that deadline and the briefing schedule; Respondents do not oppose the requests. Matter 20-5861, Dkt. 16; Matter 20-5862, Dkts. 18, 19. The parties are advised that future filings in these consolidated cases should be made only in the lead matter, No. 20-5861.

Petitioners' motions (Matter 20-5861, Dkt. 16; Matter 20-5862, Dkts. 18, 19) are **GRANTED**. The briefing schedule shall be as follows:

 1. Each Petitioner shall file an Amended Petition with a supporting memorandum of law, or notify the Respondents they have determined that they will not do so, by May 20, 2021;

ORDER GRANTING MOTION TO MODIFY BRIEFING
SCHEDULE - 1

2. Each Respondent shall have 45 days to file an Answer from the date that Petitioners file or inform Respondents of their decisions not to file an amended petition;

3. Petitioners shall file their Responses within 45 days after the filing of the Answers and shall note them for consideration on the fourth Friday after filing. Respondents shall have five days after the filing of Petitioners' Responses to file optional Replies, as set forth in LCR 7.

Dated this 21st day of January, 2021.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE - 2